RECEIVED

2012 AUG 21 PM 1:..

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LESA R. TARD
_____
(Name of plaintiff or plaintiffs)

v.                              CIVIL ACTION NO._____

Baptist Hospital-Memphis
_____
(Name of defendant or defendants)

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, LESA R. TARD
(name of plaintiff)

is a citizen of the United States and resides at 870 N. Wood Shadows Ln,
(street address)

Cordova          United States          Tennessee
(city)              (country)                (state)

38018                              901-409-1587
(zip code)                         (telephone number)

Revised 4-18-08

3. Defendant **Baptist Hospital - Memphis**
(defendant's name)
lives at, or its business is located at **6019 Walnut Grove**
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**6019 Walnut Grove**
(street address)
**Memphis**      **United States**      **Tennessee**   **38120**
(city)            (country)               (state)         (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **April    17    2012** / Retaliation for Complaining to Upper Management
(day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **N/A**
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **10th   May   2012**
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **21st  May 2012** (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion,

(5) ___ national origin, defendant

(a) ___ failed to employ plaintiff.

(b) **X** terminated plaintiff's employment.

(c) ___ failed to promote plaintiff.

(d) * Complained to Corporate Director of Human Resources and EEOC.
* The complaint of Intentional Infliction of Emotional Distress and the Assault Complaint that was ~~taking~~ taken to the Director of Human Resources.

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Abuse of Authority and outrageous conduct that was done intentionally with reckless disregard of the probability of causing emotional distress. This resulted in suffering extreme emotional distress. I was written up on numerous occasions without proper cause or a thorough investigation. I also was suspended on numerous occasions without cause or knowing the nature of the suspension. I was giving terrible evaluations and was told Baptist has their rules and she (my supervisor) had her own rules. I was terminated 5 yrs ago by the same supervisor that was falsely accused me over hearsay. I have made every attempt to follow the chain of command and followed through. This resulted in my supervisor assaulting me and later lead to my termination. The everyday pressure of working in a hostile work environment cause emotional distress.

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) _X_ are no longer being committed by defendant.

    (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) X Defendant be directed to employ plaintiff, or

    (b) _X_ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ____ Defendant be directed to ~~pay to~~ grant full back pay, grant compensatory damages for the humiliation, emotional distress, and other damages, grant punitive damages for defendant malicious and recklessly indifferent conduct, grant all employment back

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.    I would like to have my case tried by a jury. Yes ( ) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08

benefits she would enjoyed had she not been discriminated and retaliated against, grant Plaintiff expenses of litigation, pursuant to the Title VII (for filing complaint) grant Plaintiff all other relief the court deems just and proper.

Respectfully Submitted August 21st, 2012

"Certificate Of Service"

I LESIA R. TARD do hereby certify that a true and exact copy of the foregoing has been forwarded to the following; this the 21st day of August 2012

United States District Court Clerk Western Divisional Office
167 N. Main Street
Room 242
Memphis, TN 38103

By: _Lisa C. Tard_
LESIA TARD / Plaintiff pro-se